
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FILED
CLERK'S OFFICE
JAN 12 2012
U.S. DISTRICT COURT
EASTERN MICHIGAN

TOMMY HALL,

    Plaintiff,

v.

RAJA, et al.,

    Defendants.

Case No. 09-10933
Honorable David M. Lawson
Magistrate Judge Mark Randon

| | |
|---|---|
| Shirley J. Burgoyne (P11409)<br>Attorney for Plaintiff<br>206 Miller<br>Ann Arbor, MI 48104<br>(734) 665-4068 or (734) 355-3999<br><br>Michael R. Dean (P71333)<br>Michigan Department of Attorney General<br>Attorneys for MDOC Defendants<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-7021 | Randall A. Juip (P58538)<br>Brian J. Richtarcik (P49390)<br>Anthony D. Pignotti (P71100)<br>The Juip Richtarcik Law Firm<br>Attorneys for Defendants, Correctional Medical Services, Inc. and Vishnampet Thyagarajan, M.D., Only<br>The Penobscot Building<br>645 Griswold, Suite 3466<br>Detroit, MI 48226<br>(313) 859-5900<br><br>Ronald W. Chapman (P37603)<br>Chapman and Associates, P.C.<br>Attorneys for Defendants, Prison Health Services, Inc. and Vishnampet Thyagarajan, M.D.<br>40950 Woodward Ave., Suite 120<br>Bloomfield Hills, MI 48304<br>(248) 644-6326 |

## PROTECTIVE ORDER PERMITTING DOCUMENTS TO BE FILED UNDER SEAL

This matter having come before this Court on Defendants' Ex Parte Motion For Protective Order To File Documents Under Seal, and the Court being otherwise fully advised in the premises;

NOW, THEREFORE,

IT IS HEREBY ORDERED that the original and any copies of Plaintiff's medical and

institutional records filed by Defendants with this Court in the above-captioned case be placed under seal and not incorporated into the regular record of this case.

IT IS FURTHER ORDERED that Defendants' Ex Parte Motion For Protective Order To File Documents Under Seal is GRANTED, and the medical and institutional records filed under seal pursuant to this Order shall remain under seal until further Order of this Court.

Date: 1/12/12

Honorable Mark Randon
United States Magistrate Judge