UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOMMY HALL,

    Plaintiff,      CIVIL ACTION NO. 09-10933

v.      DISTRICT JUDGE DAVID M. LAWSON

RAJA, JAYNA SHARPLEY,      MAGISTRATE JUDGE MARK A. RANDON
CORRECTIONAL MEDICAL
SERVICES, INC., and PRISON
HEALTH SERVICES, INC.,

    Defendants.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES (DKT. NO. 111)

Before the Court is Plaintiff's motion to compel answers to interrogatories from Prison Health Services (Dkt. No. 111). The Court has reviewed this motion and response thereto (Dkt. No. 113). Being otherwise fully advised,

IT IS ORDERED as follows:

A) Prison Health Services' objection to Interrogatory No. 1 IS SUSTAINED.

B) Prison Health Services' objection to Interrogatory No. 3 IS OVERRULED.

C) Prison Health Services' objection to Interrogatory No. 4 IS OVERRULED.

Prison Health Services shall provide Plaintiff responses to Interrogatory Nos. 3 and 4 on or before February 24, 2012.

                 s/Mark A. Randon
                 MARK A. RANDON
                 UNITED STATES MAGISTRATE JUDGE

Dated: February 9, 2012

### CERTIFICATE OF SERVICE

*I hereby certify that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 9, 2012.*

                 *s/Melody R. Miles*
                 *Case Manager to Magistrate Judge Mark A. Randon*