UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOMMY HALL,

          Plaintiff,          Case Number 09-10933
                                                                   Honorable David M. Lawson
v.                                                              Magistrate Judge Mark A. Randon

RAWAL, CORRECTIONAL MEDICAL SERVICES,
INC., and PRISON HEALTH SERVICES, INC.,

          Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS, GRANTING DEFENDANT PRISON HEALTH SERVICES AND DEFENDANT CORRECTIONAL MEDICAL SERVICES'S MOTIONS FOR SUMMARY JUDGMENT AND DISMISSING CLAIMS AGAINST DEFENDANTS PRISON HEALTH SERVICES AND CORRECTIONAL MEDICAL SERVICES ONLY**

Presently before the Court are two reports issued on July 31, 2012 by Magistrate Judge Mark A. Randon pursuant to 28 U.S.C. § 636(b) recommending that this Court grant defendants Prison Health Services and Correctional Medical Services's motions for summary judgment. Although the magistrate judge's reports explicitly stated that the parties to this action may object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the reports and recommendations waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's reports releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's reports and recommendations [dkt. #157, 158] are **ADOPTED**.

It is further **ORDERED** that defendant Prison Health Service's motion for summary judgment [dkt. #125] is **GRANTED**.

It is further **ORDERED** that defendant Correctional Medical Services's motion for summary judgment [dkt. #134] is **GRANTED**.

It is further **ORDERED** that the plaintiff's claims are **DISMISSED** with respect to defendants Prison Health Services and Correctional Medical Services **only**.

          s/David M. Lawson
          DAVID M. LAWSON
          United States District Judge

Dated: August 24, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 24, 2012.

          s/Deborah R. Tofil
          DEBORAH R. TOFIL