UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOMMY HALL,

        Plaintiff,        Case Number 09-10933
                              Honorable David M. Lawson
v.                              Magistrate Judge Mark A. Randon

RAWAL,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT

Presently before the Court is a report issued on July 31, 2012 by Magistrate Judge Mark A. Randon pursuant to 28 U.S.C. § 636(b) recommending that this Court dismiss the plaintiff's complaint with respect to defendant Rawal, the only defendant remaining in the case. Although the magistrate judge's reports explicitly stated that the parties to this action may object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the reports and recommendations waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's reports releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt. #161] is **ADOPTED**.

It is further **ORDERED** that the plaintiff's claims against defendant Rawal are **DISMISSED**.

                                               s/David M. Lawson
                                               DAVID M. LAWSON
                                               United States District Judge

Dated: September 18, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 18, 2012.

                                  s/Deborah R. Tofil
                                  DEBORAH R. TOFIL